UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| DOUGLAS SCOTT PURVIS and, <br> MICHELLE PURVIS <br><br> Plaintiffs, <br><br> -vs- <br><br> PRAXAIR, INC. <br><br> Defendant. | ) <br> ) Notice of Removal from <br> ) Fayette Circuit Court <br> ) <br> ) FAYETTE CIRCUIT COURT, <br> ) Case No.: 19-CI-04383 <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL

Pursuant to *Title 28 U.S.C. §1441, et seq. and 28 U.S.C. § 1332,* Defendant, PRAXAIR, INC., ("Praxair") by and through its attorneys, hereby gives notice of the removal of the above captioned action from the Commonwealth of Kentucky, Fayette Circuit Court, Case No.: 2018 CI 04383, to the United States District Court, Eastern District of Kentucky, Central Division, and in support thereof, states the following:

1. This action is being removed to federal court based upon the diversity of citizenship of the parties to this cause, and the existence of the requisite amount in controversy, as is more fully set forth below.

2. On or about December 13, 2018, Plaintiffs, Douglass Scott Purvis and Michelle Purvis, initiated the above captioned lawsuit by filing a Complaint entitled *Douglass Scott Purvis and Michelle Purvis v. Praxair, Inc.,* Docket No. 2018–CI-004383, in the Circuit Court of Fayette County, Kentucky. *A copy of the Complaint is attached hereto as Exhibit "A".*

3. Praxair's registered agent was served on December 19, 2018, with the Summons and Complaint for this action. *A copy of the Notice of Service of Process is attached hereto as Exhibit "B".*

4. This Notice of Removal is filed within thirty (30) days of Praxair's first receipt of the Complaint on December 19, 2018, which is the initial pleading setting forth the claims for relief upon which this action is based.

## DIVERSITY JURISDICTION

5. The United States District Court for the Eastern District of Kentucky has jurisdiction over the above captioned lawsuit pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441 based on the diversity of citizenship of the parties.

6. Plaintiffs, Douglass Scott Purvis and Michelle Purvis, at the time the lawsuit was commenced and at all relevant times have been citizens of the State of Kentucky. (Ex. A Compl., ¶ 1).

7. Defendant Praxair was at the time of the filing of the Complaint, and still is, a citizen of the State of Delaware. Praxair is and was at the time this action was commenced, a corporation organized and formed under the laws of the State of Delaware. Praxair's principal place of business is located in Danbury, Connecticut. (Ex. A Compl., ¶ 2). Accordingly, Praxair is not a citizen of the State of Kentucky where this action is pending and is a citizen of a State different than Plaintiffs.

8. Plaintiffs are citizens of Kentucky and Praxair is a citizen of Delaware and has its principal place of business in Connecticut, therefore the diversity requirement of 28 U.S.C. section 1332(a)(1) is satisfied.

**AMOUNT IN CONTROVERSEY EXCEEDS $75,000.00**

9. According to the allegations contained in Plaintiffs' Complaint herein, the amount of damages sought in this action by Plaintiffs is in an amount in excess of the Fayette County Circuit Court's minimal jurisdictional limit. (Ex. A Compl., ¶¶ 16, 20, 21).

10. Plaintiffs allege that Douglas Purvis sustained injuries as a result of an alleged explosion ("Incident") (Ex. A Compl., ¶ 10). At the time of the Incident Douglas Purvis was sitting in the cab of his vehicle. (Ex. A Compl., ¶ 5). Plaintiffs allege the Incident involved 45 cylinders of dissolved acetylene in a trailer attached to Douglas Purvis' vehicle. (Ex. A Compl., ¶ 7).

11. Plaintiffs claim that Douglass Purvis sustained "serious, painful, and persistent physical injuries…including but not limited to subarachnoid hemorrhage; traumatic brain injury/closed head injury; ruptured tympanic membranes in both ears; significant lacerations and burns on the face, head, neck and torso." (Ex. A Compl., ¶ 10).

12. Plaintiff Scott Purvis seek damages for past and future medical expenses; loss of earnings; impairment of future earning capacity; permanent disfigurement; impairment of bodily function; past, present and future pain and suffering; and past, present and future emotional distress and mental anguish. (Ex. A Compl., ¶ 11).

13. Plaintiff Michelle Purvis seeks damages for loss of consortium. (Ex. A Compl., ¶ 21).

14. Plaintiffs also seek punitive damages against Praxair. (Ex. A Compl., ¶¶ 22-24).

15. Plaintiffs have not provided exhaustive information about the extent of Douglas Purvis' injuries and while liability and damages issues will be contested, it is Defendant's good faith belief that the specific injuries alleged in the Complaint – subarachnoid hemorrhage,

traumatic brain injury/closed head injury, ruptured tympanic membranes in both ears, significant lacerations and burns on the face, head, neck and torso, along with the claim for punitive damages – places the amount in controversy in excess of $75,000.00, exclusive of interest and costs.

16. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs, and is between citizens of different states, therefore, Defendant Praxair is entitled to remove said cause from the Circuit Court of Fayette County, Kentucky, to the United State District Court for the Eastern District of Kentucky based on this Court's diversity jurisdiction.

17. This action, based upon diversity of citizenship and the amount in controversy is, therefore, properly removable, pursuant to *28 U.S.C. §1441(a).*

## SERVICE AND FILING OF THIS NOTICE OF REMOVAL

18. Praxair is serving a copy of this Notice of Removal on Plaintiffs' counsel, and Praxair is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Fayette County, Kentucky, on January 10, 2019, promptly after the filing of this Notice of Removal.

WHEREFORE, Defendant, PRAXAIR, INC., hereby removes the above-described state court proceeding into and under the jurisdiction of this Untied States District Court for the Eastern District of Kentucky, Central Division, and requests such other relief as the Court deems just and proper.

This the 10th of January 2019.

Respectfully submitted,

/s/ John A. Sheffer
John A. Sheffer
Sheffer Law Firm
101 South Fifth Street
Suite 1450
Louisville, KY 40202
Phone: 502-582-1600
jsheffer@kylaw.com

*Attorneys for Defendant Praxair, Inc.*

D. Patterson Gloor (*pro hac vice pending*)
Steven M. Shear (*pro hac vice pending*)
JOHNSON & BELL, LTD.
Attorneys for Defendant
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
Telephone:  (312) 372-0770
gloorp@jbltd.com
shears@jbltd.com

*Attorneys for Defendant Praxair, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the following:

Robert E. Maclin, III, Esq.
David J. Guarnieri, Esq.
Elizabeth C. Barrera, Esq.
McBRAYER, McGINNIS, LESLIE & KIRKLAND PLLC
201 E. Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 231-8780
Facsimile: (859) 231-1175
remaclin@mmlk.com
dguarnieri@mmlk.com
ebarrera@mmlk.com
vjones@mmlk.com
*Counsel for Plaintiffs, Douglas Scott Purvis and Michelle Purvis*

                */s/ John A. Sheffer*_____
                *One of Counsel for Defendant Praxair, Inc.*