# Ex. C

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*Electronically Filed*

| | |
|---|---|
| DOUGLAS SCOTT PURVIS and MICHELLE PURVIS<br><br>　　　　Plaintiffs<br><br>v.<br><br>PRAXAIR, INC.<br><br>　　　　Defendant/Third-Party Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE<br><br>　　　　Third-Party Defendant | Case No.: 5:19-cv-00008-KKC<br><br>*(Consolidated)* |
| CRAIG COMBS, TAMMY COMBS, DAVID HATTON, SONDRA HATTON, VINCENT LEGER, ETTA LEGER, STEVIE FITCH, CHRISTINE FITCH, ROBERT SOSBY and GREGORY CAPPS<br><br>　　　　Plaintiffs<br><br>v.<br><br>PRAXAIR, INC.<br><br>　　　　Defendant | Case No.: 5:19-cv-00245-KKC<br><br>*(Consolidated)* |
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff<br><br>v.<br><br>PRAXAIR, INC.<br><br>　　　　Defendant | Case No.: 5:19-cv-00254-KKC<br><br>*(Consolidated)* |

## AFFIDAVIT OF NELSON MOREIRA

I, Nelson Moreira, declare as follows:

1. My name is Nelson Moreira and I am employed by Praxair Distribution, Inc. ("PDI"), a wholly-owned subsidiary of Linde Inc., f/k/a Praxair, Inc.[1] ("Praxair"), as Vice President, Operations & Safety. I am over the age of 18 and am a resident of the State of New Jersey.

2. The statements contained in this Affidavit are based upon my personal knowledge and company documents and information to which I have access. If called as a witness in this matter, I could competently testify to the facts stated herein.

3. Praxair is an industrial gas supplier.

4. Praxair designs, engineers, manufactures and operates facilities that produce industrial gases such as oxygen, nitrogen, argon, carbon dioxide, helium, hydrogen and acetylene, among others.

5. Praxair delivers industrial gases to its customers and other Praxair facilities through bulk containers such as cargo tanks or tube trailers or in "non-bulk" pressurized metal containers called cylinders.

6. Deliveries of industrial gases in cylinders are generally made by use of semi-trailers or straight trucks.

7. Deliveries of industrial gases through bulk transportation are generally made by use of tank trucks or tank trailers.

---

[1] Effective September 1, 2020, Praxair, Inc., changed its name to Linde Inc. This was a change in name only. For purposes of consistency, and because it was the name of the company at all relevant times, the name Praxair is used herein.

8. Bulk transportation of industrial gases to Praxair customers and to other Praxair facilities is generally made by employees of Praxair or PDI, a wholly-owned subsidiary.

9. Praxair and PDI drivers make deliveries of industrial gases to its customers and to other Praxair locations from one of its plants in Hahnville, Louisiana, among others.

10. In 2018, drivers of Praxair and PDI averaged 7 deliveries per month, consisting of 1,512 cylinders of industrial gases, from the plant in Hahnville, Louisiana to other Praxair facilities.

11. In 2018, drivers of Praxair and PDI averaged 54 deliveries per month of industrial gases in bulk containers from the plant in Hahnville, Louisiana to other Praxair facilities.

12. In 2018, drivers of Praxair and PDI averaged 580 deliveries per month, consisting of 5,475 cylinders of industrial gases, from the plant in Hahnville, Louisiana to customer sites.

13. In 2018, drivers of Praxair and PDI averaged 96 deliveries per month of industrial gases in bulk containers from the plant in Hahnville, Louisiana to customer sites.

14. In 2019, drivers of Praxair and PDI averaged 11 deliveries per month, consisting of 2,268 cylinders of industrial gases, from the plant in Hahnville, Louisiana to other Praxair facilities.

15. In 2019, drivers of Praxair and PDI averaged 72 deliveries per month of industrial gases in bulk containers from the plant in Hahnville, Louisiana to other Praxair facilities.

16. In 2019, drivers of Praxair and PDI averaged 580 deliveries per month, consisting of 5,475 cylinders of industrial gases, from the plant in Hahnville, Louisiana to customer sites.

17. In 2019, drivers of Praxair and PDI averaged 94 deliveries per month of industrial gases in bulk containers from the plant in Hahnville, Louisiana to customer sites.

18. From January 1, 2020, through November 30, 2020, drivers of Praxair and PDI averaged 12 deliveries per month, consisting of 2,484 cylinders of industrial gases, from the plant in Hahnville, Louisiana to other Praxair facilities.

19. From January 1, 2020, through November 30, 2020, drivers of Praxair and PDI averaged 68 deliveries per month of industrial gases in bulk containers from the plant in Hahnville, Louisiana to other Praxair facilities.

20. From January 1, 2020, through November 30, 2020, drivers of Praxair and PDI averaged 504 deliveries per month, consisting of 4,759 cylinders of industrial gases, from the plant in Hahnville, Louisiana to customer sites.

21. From January 1, 2020, through November 30, 2020, drivers of Praxair and PDI averaged 77 deliveries per month of industrial gases in bulk containers from the plant in Hahnville, Louisiana to customer sites.

## 28 U.S.C. § 1746 DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of January 2021.

_____
Nelson Moreira