UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| DOUGLAS SCOTT PURVIS and MICHELLE PURVIS | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Case No.: 5:19-cv-00008-KKC |
| PRAXAIR, INC. | ) ) | *(Consolidated)* |
| Defendant/Third-Party Plaintiff | ) ) | |
| v. | ) ) | |
| UNITED PARCEL SERVICE | ) ) | |
| Third-Party Defendant | ) ) | |
| | ) | |
| CRAIG COMBS, TAMMY COMBS, DAVID HATTON, SONDRA HATTON, VINCENT LEGER, ETTA LEGER, STEVIE FITCH, CHRISTINE FITCH, ROBERT SOSBY and GREGORY CAPPS | ) ) ) ) ) | Case No.: 5:19-cv-00245-KKC |
| Plaintiffs | ) ) | *(Consolidated)* |
| v. | ) ) | |
| PRAXAIR, INC. | ) ) | |
| Defendant | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) ) | Case No.: 5:19-cv-00254-KKC |
| v. | ) ) | *(Consolidated)* |
| PRAXAIR, INC. | ) ) | |
| Defendant | ) | |

## AGREED STIPULATION OF DISMISSAL

The parties have advised that all claims in Civil Action 5:19-cv-008 have been resolved and move pursuant to Rule 41 of the Federal Rules of Civil Procedure, to voluntarily dismiss this cause of action with prejudice. (DE 82). Accordingly, the Court having been sufficiently advised, hereby ORDERS as follows:

1. The claims in Civil Action 5:19-cv-08 are DISSMISSED with prejudice.

2. Each party SHALL bear their own costs and attorneys' fees.

3. The related matters, Civil Actions 5:19-cv-245 and 5:19-cv-254, remain ACTIVE and PENDING.

4. Because this Civil Action 5:19-cv-08 will be administratively closed, any future filings with respect to Civil Actions 5:19-cv-245 and 5:19-cv-254 SHALL be filed in the appropriate and corresponding docket.

Dated June 28, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY